FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 24 2013

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 4:13CR00255-01 KGB |
| | ) | |
| JAIRO HERNANDEZ | ) | DEFENDANT |

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit or testimony of the Defendant, JAIRO HERNANDEZ, concerning his financial ability to employ counsel, the Court finds as follows:

✓   Defendant is entitled to counsel, but cannot afford to hire a private lawyer; so the Federal Public Defender is appointed to represent Defendant in all further proceedings herein; OR

___   Defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support; therefore the Federal Public Defender is appointed herein, but Defendant shall reimburse the Government for the cost of providing representation, commensurate with Defendant's ability to pay as directed by further order of the Court; OR

___   Defendant is not eligible for appointment of counsel under 18 U.S.C. § 3006A, but he is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose.

The Court notes the appearance of Molly K. Sullivan, Assistant Federal Defender, to represent Defendant.

Dated this 24th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Federal Public Defender
       Clerk (file)
       U.S. Attorney
       Defendant