# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | **Case No. 4:13-CR-00255-KGB** |
| | ) | |
| JAIRO HERNANDEZ | ) | DEFENDANT |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Jairo Hernandez, by and through appointed counsel, Molly K. Sullivan, Federal Public Defender Office, and for his Motion for Continuance, states:

1. This case is set for jury trial on October 28, 2013 at 9:00 a.m.;

2. Counsel for Defendant has not received the discovery in this case, and will need the additional time to review the material with the Defendant and to pursue any pre-trial matters; and,

3. Appointed counsel has contacted Plaintiff's counsel, Kristin Huntington Bryant, U.S. Attorney's Office, Eastern District of Arkansas, and there is no opposition to Defendant's request for continuance in this case.

4. Accordingly, appointed counsel respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose.

5. The additional time occasioned by the Court's granting of this Motion is excludable under the Speedy Trial Act.

WHEREFORE, Defendant, Jairo Hernandez, through appointed counsel, respectfully prays that this Court grant his Motion for Continuance and for all other just and appropriate relief.

                Respectfully submitted,

                JENNIFFER HORAN
                FEDERAL DEFENDER

           By: /s/ Molly K. Sullivan
              Molly K. Sullivan, Bar No. 2009200
              Assistant Federal Defender
              Federal Public Defender Office
              1401 W. Capitol Avenue, Suite 490
              Little Rock, Arkansas 72201
              (501) 324-6113
              Molly_Sullivan@fd.org

          For: Defendant, Jairo Hernandez

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September 2013, a true and correct copy of the foregoing was mailed to the Defendant and was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Kristin Huntington Bryant
U.S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600
Email: kristin.bryant@usdoj.gov

Defendant, Jairo Hernandez

                /s/ Molly K. Sullivan
                Molly K. Sullivan

2