AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 25 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CL

| United States of America | ) | 1309-0913-1368-J |
|---|---|---|
| v. | ) | |
| **Jairo Hernandez** | ) | Case No.   4:13CR00255-01 KGB |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Jairo Hernandez**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:  **18 USC 2422(b): Coercion and Enticement of a minor to engage in a criminal sexual offense, 18 USC 2423(a): Transportation of a minor with intent the minor engage in any sexual activity**, as further explained in the attached documents.

Date:  September 12, 2013

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas          JAMES W. MCCORMACK, CLERK, EASTERN DIST. OF ARKANSAS
                                                *Printed name and title*

### Return

This warrant was received on *(date)* 09/12/13, and the person was arrested on *(date)* 10/22/13
at *(city and state)* Russellville, AR.
Rel. to our detainer fr. Pope Co.
Date: 10/22/13

Chuck Uchtman By D. Darbonne
*Arresting officer's signature*

Chuck Uchtman, DUSM
*Printed name and title*