# MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 25 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**DATE:** Oct. 22, 2013

**TO:** Criminal Docket Clerk

**FROM:** Diane Darbonne
U.S. Marshals Service

**RE:** Defendant in custody of U.S. Marshals Service on charges out of the Eastern District of Arkansas.

10/22/13  Deft. taken into U.S. Marshal Service custody on a detainer
(Date)    from Pope County Jail, Russellville.

_____  Deft. taken into U.S. Marshal Service custody on a Warrant of
(Date)      Removal.

_____  Deft. taken into U.S. Marshal Service custody on a Return
(Date)      Psychiatric Study.

_____  Deft. returned to custody of _____
(Date)                                          (State)

_____  Deft. returned to custody of _____
(Date)                                     (Another District)

CASE NO. 4:13CR00255-01 KGB

DEFENDANT'S NAME Hernandez, Jairo